AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial) <br><br> Linn, Richard | **2. Court or Organization** <br><br> U.S. Court of Appeals for the Federal Circuit | **3. Date of Report** <br><br> 04/23/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. Circuit Judge - Senior Status | **5a. Report Type** (check appropriate type) <br><br> ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br><br> **5b.** ☑   Amended Report | **6. Reporting Period** <br><br> 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | The Richard Linn American Inn of Court |
| 2. | Visiting Member | The Hon. William C. Conner American Inn of Court |
| 3. | Lifetime Member | The Benjamin Franklin American Inn of Court |
| 4. | Member of the Board of Directors | Cocobay Condominium, Inc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The William C. Conner American Inn of Court | January 20-21, 2016 | New York, NY | Inn of Court Annual Dinner | Transportation, Meals, and Hotel |
| 2. | The Benjamin Franklin American Inn of Court | March 31-April 1, 2016 | Philadelphia, PA | Inn of Court Meeting | Transportation, Meals, and Hotel |
| 3. | The New York Intellectual Property Law Assoication | April 1-2, 2016 | New York, NY | Annual Judges Dinner | Transportation, Meals, and Hotel |
| 4. | The Richard Linn American Inn of Court | May 7-8, 2016 | Chicago, IL | Inn of Court Annual Dinner | Transportation, Meals, and Hotel |
| 5. | The Richard Linn American Inn of Court | May 12-13, 2016 | Chicago, IL | Inn of Court Meeting | Transportation, Meals, and Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Linn, Richard** | 04/23/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Giles S. Rich American Inn of Court | May 13, 2016 | Washingtoon, DC | Inn of Court Meeting | Transportation and Meals |
| 7. | Federal Circuit Bar Association | June 22-15, 2016 | Nashville, TN | Bench and Bar Conference | Transportation, Meals, and Hotel |
| 8. | The William C. Conner American Inn of Court | November 16-17, 2016 | New York, NY | Inn of Court Meeting | Transportation, Meals, and Hotel |
| 9. | Intellectual Property Owners Foundation | December 6, 2016 | Washington, DC | Awards Dinner | Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/23/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/23/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of American Cash Equivalent Account | A | Interest | J | T | | | | | |
| 2. Brokerage Account #7 | | | | | | | | | |
| 3. -American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 4. -American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 5. -American Funds: Washington Mutual Invest. Fund Class 529A | A | Dividend | J | T | | | | | |
| 6. Brokerage Account #9 | | | | | | | | | |
| 7. -American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 8. -American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 9. -American Funds: Washington Mutual Invest. Fund Classs 529A | A | Dividend | J | T | | | | | |
| 10. -American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | Sold (part) | 07/25/16 | J | | |
| 11. | | | | | Sold (part) | 11/21/16 | J | | |
| 12. Brokerage Account #10 | | | | | | | | | |
| 13. -American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 14. -American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 15. -American Funds: Washington Mutual Invest. Fund Class 529A | A | Dividend | J | T | | | | | |
| 16. -American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 17. Brokerage Account # 11 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/23/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds: AMCAP Fund Class 529A | A | Dividend | J | T | | | | | |
| 19. -American Funds: EuroPacific Growth Fund Class 529A | A | Dividend | J | T | | | | | |
| 20. -American Funds: Washington Mutual Invest. Fund Class 529A | A | Dividend | J | T | | | | | |
| 21. -American Funds: Intermediate Bond Fund of America Cl. 529A | A | Dividend | J | T | | | | | |
| 22. Brokerage Account #13 | | | | | | | | | |
| 23. -MetLife Mid Cap Stock Index Portfolio | | None | M | T | Sold (part) | 12/19/16 | J | | |
| 24. -MetLife Stock Index Portfolio | | None | N | T | Sold (part) | 12/19/16 | K | | |
| 25. -Russell 2000 Index Portfolio | | None | M | T | Sold (part) | 12/19/16 | J | | |
| 26. Synchrony Bank Account | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Linn, Richard | 04/23/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard Linn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544